ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/1/2015 4:06:25 PM
CATHY LUSK
CLERK

**CASE NO. 12-14-00158-CR**

**IN THE
COURT OF APPEALS
TWELFTH DISTRICT OF TEXAS
TYLER**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/1/2015 4:06:25 PM
CATHY S. LUSK
Clerk

**RICKY NEAL JR.**

**Plaintiff – Appellant**

**v.**

**STATE OF TEXAS**

**Defendant – Appellee**

-----------

**ON APPEAL FROM
JUDICIAL DISTRICT COURT NO. 7 OF SMITH COUNTY
The Honorable Judge Kerry L. Russell
TRIAL COURT NO. 007-0505-13**

----------

**MOTION TO SUBSTITUTE COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes RICKY NEAL, JR., Movant and attorney of record for Defendant, CARLO D'ANGELO, and brings this Motion to Substitute Counsel and in support thereof shows:

A.      Movant was appointed as attorney of record for Defendant in the appeal of a trial judgment of this cause, and desires to withdraw from this cause.

B.      Such withdrawal is sought in order to permit GERALD J. SMITH, SR. to be substituted as counsel of record for Defendant.  The mailing address, telephone number, fax number and State Bar of Texas identification number for GERALD J. SMITH, SR. are as follows:

2000 E. Lamar Blvd., Ste 330
Arlington, Texas 76006
(817) 635-3100      Telephone
(817) 635-3104      Facsimile
Texas State Bar No. 24039316

C.      A copy of this motion has been mailed by certified mail and by regular mail to

Defendant at Defendant's last known address:

Texas Department of Criminal Justice
Ferguson Unit
Inmate: Ricky Neal, Jr.
SID No. 07021167
TDCJ No. 01934438
12120 Savage Drive
Midway, TX 75852

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow

CARLO D'ANGELO to withdraw as counsel for RICKY NEAL JR., and from any further

representation of RICKY NEAL JR., and permit GERALD J. SMITH, SR. to be substituted as

counsel of record herein.

Respectfully submitted,

/s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.
State Bar No. 24039316

The Law Offices of G. J. Smith, Sr. PLLC
2000 E. Lamar Blvd., Ste. 330
Arlington, TX 76006
Tel: (817) 635-3100
Fax: (817) 635-3104

## CERTIFICATE OF SERVICE

This is to certify that on April _1_, 2015, a true and correct copy of the above and foregoing

document was served on the Twelfth District Court of Appeals Office, Smith County, 1517 W

Front St. Ste 354, Tyler, TX 75702, via Facsimile at (903) 590-1719.

/s/Gerald J. Smith, Sr.

## CERTIFICATE OF CONFERENCE

Prior to the filing this motion, I certify that on April 1, 2015, a copy was provided to the Smith County District Attorney's Office, by facsimile addressed to the attention of Michael J. West and afterwards:

_x_I conferred with Asst. District Attorney Michael J. West, and he opposes / <u>does not oppose</u> Defendant's Motion for Substitution of Counsel;

___I attempted to confer with Asst. District Attorney Michael J. West by calling (903) 590-1720 on April 1, 2015, but he has not responded to my attempts. Accordingly, I cannot represent to the court whether counsel opposes or does not oppose Defendant's Motion For Substitution of Counsel.

/s/Gerald J. Smith, Sr.,
Gerald J. Smith, Sr.